NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CAYLAN DAYNE FRASER,                   )
                                       )
            Appellant,                 )
                                       )
v.                                     )   Case No.  2D17-3179
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Ronald N.
Ficarrotta, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Layton Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.